UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LARRY ROSS, JR., | CASE NO.: 1:16-cv-01500 |
| Petitioner, | JUDGE JOHN ADAMS |
| vs. | |
| ALAN LAZAROFF, Warden, | **ORDER AND DECISION** |
| Respondent. | |

On September 25, 2017, Magistrate Judge Knepp submitted a Report and Recommended Decision ("R&R") addressing the underlying petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Doc. 14. Upon Petitioner's motion, the Court granted an extension of time until November 10, 2017 to file an objection to the R&R. Doc. 16. To date, Petitioner has not filed any objections. Thus, upon due consideration, and no objections having been filed by the parties, the Court adopts the R&R and incorporates it herein. Therefore, it is ordered that the petition is hereby DISMISSED in its entirety with prejudice.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

December 19, 2017        */s/ John R. Adams*
                                                     JUDGE JOHN R. ADAMS
                                                     UNITED STATES DISTRICT JUDGE